

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES             :   Crim. No. 10-851 (SDW)

    v.                    :   Hon. Claire C. Cecchi

STEPHEN DEPIRO, et al.    :

<u>SEALING ORDER</u>

This matter having been brought before the Court upon application of Paul J. Fishman, the United States Attorney for the District of New Jersey (Anthony J. Mahajan, Assistant United States Attorney, appearing), for an order sealing the Superseding Indictment filed January 10, 2011, the accompanying arrest warrants, and all related documents pertaining thereto, and for good cause shown,

IT IS on this 10th day of January, 2011

ORDERED that the Superseding Indictment, the arrest warrants, and all related documents filed in the above-referenced case be and hereby are sealed until the defendants' arrest in this matter.

<i>[signature]</i><br/>
HON. CLAIRE C. CECCHI<br/>
United States Magistrate Judge