AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

__United States__
Plaintiff
v.
__Ramiro Quintans__
Defendant

Case No. __Crim # 10 cr851-10__

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

__Ramiro Quintans__.

Date: __1/20/11__

__[signature]__
Attorney's signature

__Michael A. Robbins__
Printed name and bar number

__20 Northfield Ave__
Address

__MARNJESQ@aol.com__
E-mail address

__(973) 669-3801__
Telephone number

__(973) 669-3830__
FAX number