UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA           :
                                   :         CRIMINAL 10cr851-7
         v.                        :
                                   :              ORDER
THOMAS LEONARDIS                   :
                                   :

    The financial inability of the defendant Thomas Leonardis to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, and

    The court having heard the U.S. Attorney(s) concerns about the qualifications of such appointment; and

    for good cause shown;

    It is on this 4th day of October, 2001,

    O R D E R E D that Michael Pedicini, Esq is hereby ordered to remain as appointed counsel to represent defendant Leonardis in this case until further order of the Court; and

    Further ORDERED that if defendant does in fact have assets which are discovered after trial, defendant will be required to reimburse the government for the cost of counsel.

                                             S/DENNIS M. CAVANAUGH
                                                DENNIS M. CAVANAUGH
                                      United States District Judge

cc:    United States Attorney