**CIMINO & NOWICKI, LLP**
376 Hollywood Avenue
Suite 206
Fairfield, New Jersey 07004
(862-210-8036
(862-210-8041 (facsimilie)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Dennis M. Cavanaugh |
| V. | 10 Cr. 851 |
| STEPHEN DEPIRO, et al. | ORDER |

This matter having been opened to the Court by Cimino & Nowicki, LLP, counsel for Defendant Stephen DePiro, on notice to Assistant United Sates Attorney, Anthony J. Mahajan and United States Pretrial Services for an Order permitting Stephen DePiro to attend the birthday celebration of his fiancé, Michele Cetrulo at Lu Nello's Italian Restaurant, 182 Stevens Avenue., Cedar Grove, New Jersey on October 22, 2011 from 6:00 P.M. to 10:00 P.M., and the request having been objected to by the United States Attorney's Office and United States Pretrial Services, and the Court having considered the application, and for good cause shown,

**IT IS ON THIS** 20 day of October, 2011;

**ORDERED** as follows:

1. Defendant Stephen DePiro's request to attend the birthday celebration of his fiancé, Michele Cetrulo is hereby **GRANTED**;

2. Mr. DePiro is permitted to leave his home in Kenilworth, New Jersey at 5:00 P.M. on October 22, 2011, for a dinner reservation at 6:00 P.M. at Lu Nello's Italian Restaurant, 182 Stevens Avenue, Cedar Grove, New Jersey and returning to his home in Kenilworth, New Jersey by 11:00 P.M.;

3. The following guests will be in attendance:

   Gerald Cetrulo
   Ann Cetrulo
   Tom Michard
   Deana Michard
   Ralph Maroti
   Michele Maroti
   Michele Cetrulo Caruso
   Mark Caruso
   Stephen DePiro

4. All other conditions of bail will remain in effect.

**SO ORDERED.**

DENNIS M. CAVANAUGH, U.S.D.J.