UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | 10 Cr. 851 (DMC) |
| STEPHEN DEPIRO, et al. | : | ORDER |

This matter having been found by the Court to be a complex case pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii); and the Court having found that an order granting a further continuance of the proceedings in the above-captioned matter should be entered, and for good and sufficient cause shown;

IT IS THE FINDING OF THIS COURT that the action should be continued for the following reasons:

1. The government has represented that a superseding indictment will be presented to the grand jury in this matter, potentially expanding the allegations of racketeering that occurred over several decades and containing new charges.

2. The superseding indictment may expand the discovery in this case, which is already voluminous in that it includes, among other things, at least 13 wiretaps and one bug, recordings from multiple cooperating witnesses, and numerous documentary records, including union by-law, financial and employment records, spanning decades.

3. The defendants and their counsel need time to review the extensive discovery in this matter and to investigate the charges, including any potential new charges to be included in a superseding indictment.

5. In light of the discovery and depending on the results of their respective investigations, each defendant will need time to determine whether to file motions in this matter

and which motions should be filed.

6.    In light of these findings, and given the nature of the case and its complexity, it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established under the Speedy Trial Act.

7.    The grant of a further continuance will enable counsel for the defendants to adequately review the discovery, prepare motions and proceed with trial.

8.    Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

9.    All defendants have consented to a further continuance of this matter.

WHEREFORE, it is on this _7_ day of November, 2011;

ORDERED that the proceedings in this matter are continued from August 2, 2011 until January 1, 2012;

IT IS FURTHER ORDERED that the period from August 2, 2011 until January 1, 2012, shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that a schedule of proceedings in this matter shall be set following the return of any superseding indictment.

HON. DENNIS M. CAVANAUGH
United States District Judge

2