**CIMINO & NOWICKI, LLP**
376 Hollywood Avenue
Suite 206
Fairfield, New Jersey 07004
(862-210-8036
(862-210-8041 (facsimilie)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Dennis M. Cavanaugh |
| : | |
| : | 10 Cr. 851 |
| V. : | |
| : | |
| : | ORDER |
| STEPHEN DEPIRO, et al. : | |

This matter having been opened to the Court by Cimino & Nowicki, LLP, counsel for Defendant Stephen DePiro, on notice to Assistant United Sates Attorney, Anthony J. Mahajan and United States Pretrial Services for an Order permitting Stephen DePiro to attend Thanksgiving dinner at the home of Gerald and Ann Cetrulo, the parents of his fiancé, Michele Cetrulo, 11 North Street, Netcong, New Jersey on November 24, 2011, from 2:00 P.M. to 8:00 P.M., and for an Order permitting Mr. DePiro to visit the Glendale Cemetery, located on Hoover Avenue, Bloomfield, New Jersey on November 27, 2011, and the United States Attorney's Office and United Sates Pretrial Services having no objection to the application, and the Court having considered the application, and for good cause shown,

**IT IS ON THIS** _18_ day of _Nov_____, 2011;

**ORDERED** as follows:

1. Defendant Stephen DePiro's request to attend Thanksgiving dinner at the home of Gerald and Ann Cetrulo, the parents of his fiancé, Michele Cetrulo, 11 North Street, Netcong, New Jersey on November 24, 2011, from 2:00 P.M. to 8:00 P.M. is hereby **GRANTED**;

2. The following guests will be in attendance:

   Gerald Cetrulo
   Ann Cetrulo
   Tom Michard
   Deana Michard
   Michele Cetrulo Caruso
   Mark Caruso
   Stephen DePiro

3. Mr. DePiro is permitted to visit Glendale Cemetery located on Hoover Avenue, Bloomfield, New Jersey on November 27, 2011, following Sunday Mass;

4. All other conditions of bail will remain in effect.

**SO ORDERED.**

_____
DENNIS M. CAVANAUGH, U.S.D.J.