CJA 7
(Rev. 9/05)

LOCATION CODE _____

Docket No. __10-851(DMC)__

U.S.A. _____ vs. __Thomas Leonardis__

**ORDER TERMINATING
APPOINTMENT OF COUNSEL
and/or
AUTHORIZATION FOR
DISTRIBUTION OF
AVAILABLE PRIVATE
FUNDS**

☒ Check one or both
☐

WHEREAS, __Michael N. Pedicini, Esq.__ was appointed as counsel for the above defendant/petitioner, on the __22nd__ day of __February__, __2011__ ; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

☒ ORDERED that the appointment of said counsel is hereby terminated.

☒ ~~AUTHORIZED/DIRECTED~~ that such funds in the amount of $ __7,875.35__ has been paid by __Michael N. Pedicini attorney business account check #12522__ as follows: __on November 8, 2011.__

Appointment terminated without prejudice for Michael N. Pedicini, Esq. to reapply for appointment pursuant to the Criminal Justice Act if insurance limits are insufficient to continue payment of costs of the defense.

Dated this __22__ day of __Nov__, __2011__.

_____
United States Judge/~~Magistrate~~

DISTRIBUTION:  COURT'S FILE   COURT APPOINTED COUNSEL   PERSON REPRESENTED   CLERK'S FILE