**LAW OFFICES OF PETER W. TILL**
105 Morris Avenue, Suite 201
Springfield, New Jersey 07081
Telephone: (973)258-0064
Fax: (973)258-0478
tilllaw@aol.com
Attorneys for Defendant, SALVATORE LAGRASSO
(By Order of the Court pursuant to the Criminal Justice Act)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| -vs- | : | 10 Cr. 851 |
| STEPHEN DEPIRO, | : | 18 U.S.C. §§ 2, 371, 894(a), |
|    a/k/a "Beach," | | 1084(a), 1951(a), |
| ALBERT CERNADAS, | : | 1955(a), 1962(d) and 1963 |
|    a/k/a "The Bull," | | |
| NUNZIO LAGRASSO, | : | |
| RICHARD DEHMER, | | |
|    a/k/a "Dickie," | : | ▬▬▬▬▬ **ORDER** |
| EDWARD AULISI, | | |
|    a/k/a "Eddie," | : | |
| VINCENT AULISI, | | |
|    a/k/a "The Vet," | : | |
| THOMAS LEONARDIS, | | |
|    a/k/a "Tommy," | : | |
| ROBERT RUIZ, | | |
|    a/k/a "Bobby," | : | |
| MICHAEL TRUEBA, | | |
|    a/k/a "Mikey," | : | |
| RAMIRO QUINTANS, | | |
|    a/k/a "Romo," | : | |
| SALVATORE LAGRASSO, | | |
| ANTHONY ALFANO, | : | |
|    a/k/a "Brooklyn," | | |
| TONINO COLANTONIO, | : | |
|    a/k/a "Tony," | | |
| JOHN HARTMANN, | : | |
|    a/k/a "Lumpy," "Fatty" | | |
|    and "Fats," and | : | |
| GIUSEPPE PUGLIESE, | | |
|    a/k/a "Pepe", | : | |
|    Defendants. | : | |

THIS MATTER having been brought before the Court by Peter W. Till, Esq., Law Offices of Peter W. Till, attorneys for Defendant, Salvatore LaGrasso, and the Court having considered the papers submitted by counsel and for good cause shown;

IT IS on this 16 day of Feb, 2012;

ORDERED that The Law Offices of Peter W. Till, attorneys for Defendant, Salvatore LaGrasso, (By Order of the Court pursuant to the Criminal Justice Act), is granted leave to allow the associates of his firm and law clerks to assist with preparation of the defense in this matter; and it is

FURTHER ORDERED that a copy of this Order be served upon all parties within __3__ days from the date hereof.

_____
Honorable Dennis M. Cavanaugh, U.S.D.J.