UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES : Crim. No. 10-851 (SDW)

v. : Hon. Dennis M. Cavanaugh

STEPHEN DEPIRO, et al. :

## NONDISCLOSURE CONSENT ORDER

This matter having been brought before the Court upon application of Paul J. Fishman, the United States Attorney for the District of New Jersey (Anthony J. Mahajan, Assistant United States Attorney, appearing), for a nondisclosure order relating to the grand jury transcripts of witness testimony, and for good cause shown,

IT IS on this 23 day of July, 2012

ORDERED that the grand jury transcripts of witness testimony produced to the defendants in this case may not be disseminated beyond the defendants, their attorneys and their attorneys' legal staff.

HON. DENNIS M. CAVANAUGH
United States District Judge

CONSENTED TO BY:

_____  Stephen DePiro
Counsel for Defendant
Alyssa A. Cimino

_____
Anthony Mahajan

CONSENTED TO BY:

_____   _Albert Cernadas_
Counsel for Defendant
Christopher Adams

_____
Anthony Mahajan

CONSENTED TO BY:

_____ *Nunzio LaGrasto*
Counsel for Defendant
*Edmund DeNoia*

_____
Anthony Mahajan

CONSENTED TO BY:

_____
Counsel for Defendant

_____
Anthony Mahajan

CONSENTED TO BY:

_____
Counsel for Defendant  VINCENT AULISI
Joseph J. Rosella

_____
Anthony Mahajan

CONSENTED TO BY:

_____ Tommy Leonardis
Counsel for Defendant
Michael N Pedicini

_____
Anthony Mahajan

CONSENTED TO BY:

_____ Robert Ruiz
Counsel for Defendant

_____
Anthony Mahajan

CONSENTED TO BY:

_____
Counsel for Defendant Michael Trueba
Robert W. Gluck, Esq.

_____
Anthony Mahajan

CONSENTED TO BY:

*Peter W. Till*
Counsel for Defendant SALVATORE LABrasso

_____
Anthony Mahajan

CONSENTED TO BY:

*David B. Plaza*  *John Hartman*
Counsel for Defendant

*[signature]*
Anthony Mahajan

CONSENTED TO BY:

[signature]

Counsel for Defendant *Nicolosi*
*Dominick Gullo, Esq*
*of Counsel to Arthur Adolo, Esq. Attorney of record.*
_____
Anthony Mahajan

CONSENTED TO BY:

_____  _____
Counsel for Defendant

_____
Anthony Mahajan

CONSENTED TO BY:

_____
Counsel for Defendant JULIO PORRAO
ERIK HASSING, ESQ.


_____
Anthony Mahajan