UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | 10 Cr. 851 (DMC) |
| STEPHEN DEPIRO, et al. | : | ORDER |

This matter having been opened to the Court on the application of the United States of America, in the presence of defendants (through their respective counsel), for an adjournment of the motion and trial schedule; the defendants having opposed any adjournment of the motion schedule and a trial date subsequent to January 2013; the Court having considered the arguments of counsel; and for good and sufficient cause shown;

WHEREFORE, it is on this 7th day of August, 2012

ORDERED that the government's request for a continuance is hereby granted over the defendants' objections;

IT IS FURTHER ORDERED that the Court's Amended Order for Discovery and Inspection, filed January 27, 2012, is hereby modified as follows: (i) the United States' opposition to defendants' motions shall be filed no later than September 23, 2012; (ii) the defendants' replies shall be filed no later than October 22, 2012; (iii) the motions hearing date is scheduled for December 10, 2012 at 9:30a.m.; and (iv) the trial of this matter shall commence January 29, 2013, at 9:30 a.m.

IT IS FURTHER ORDERED that all other provisions of the Court's Amended Order for Discovery and Inspection shall remain in effect; and

IT IS FURTHER ORDERED that the period from October 31, 2012 until January 29, 2013, shall be excludable in computing time under the Speedy Trial Act of 1974.

S/DENNIS M. CAVANAUGH
HON. DENNIS M. CAVANAUGH
United States District Judge