UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff.<br><br>v.<br><br>STEPHEN DEPIRO, a/k/a "Beach," ALBERT CERNADAS, a/k/a "The Bull," NUNZIO LAGRASSO, RICHARD DEHMER, a/k/a "Dickie," EDWARD AULISI, a/k/a "Eddie," VINCENT AULISI, a/k/a "The Vet," THOMAS LEONARDIS, a/k/a "Tommy," ROBERT RUIZ, a/k/a "Bobby," MICHAEL TRUEBA, a/k/a "Mikey," SALVATORE LAGRASSO, MICHAEL NICOLOSI, ROCCO FERRANDINO, JULIO PORRAO, and JOHN HARTMANN, a/k/a "Lumpy," "Fatty," and Fats,"<br><br>        Defendants. | Hon. Dennis M. Cavanaugh,<br>U.S.D.J.<br><br>Criminal No. 10-851 (DMC)<br><br>**ORDER MODIFYING BAIL** |

**THIS MATTER** having been opened to the Court by the Defendant Rocco Ferrandino, through his attorney, Vincent S. Verdiramo, Esq., with the consent of the United States of America (Assistant United States Attorneys Anthony J. Mahajan, Esq. and Taryn Merkl, Esq. appearing), and the Court having considered the matter, and for good and sufficient cause shown;

IT IS ON THIS ____13th____ DAY OF ____September____, 2012

ORDERED:

1. That the Defendant's Motion for Modification of Bail is hereby granted; and

2. That the Clerk of the Court is hereby directed to release the bond previously placed for 421 Garden Street, Hoboken, New Jersey and the Clerk of the Court is further ordered to substitute in its place a bond against property located at 254-255 Highland Drive, Lakeville, Pennsylvania 18438; and

3. That all other conditions of release heretofore imposed shall remain in full force and effect until further order of this Court.

_____
Honorable Dennis M. Cavanaugh, U.S.D.J.