UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIM. NO. 10-851(DMC) |
| v. | : | |
| | : | |
| THOMAS LEONARDIS | : | **ORDER MODIFYING** |
| | : | **CONDITIONS OF RELEASE** |

**THIS MATTER** having been opened to the Court by defendant, THOMAS LEONARDIS, through his attorney Michael N. Pedicini, Esq., in the presence of the United States of America, (Assistant U.S. Attorney Anthony J. Mahajan appearing) for an Order modifying the defendant's conditions of release and the Court having considered the moving papers and arguments of counsel and for good and sufficient cause shown;

IT IS on this 4 day of Oct, 2012;

**HEREBY ORDERED** that defendant shall be permitted to attend the wedding of the daughter of Nicholas Atria at the Riverview Yacht Club located Long Beach, Long Island, New York; and it is further

**ORDERED** that defendant's conditions of release barring any contact with individuals or entities of the New York or New Jersey waterfronts be modified so as to permit the defendant to have contact with those individuals who may be associated with the

waterfront who are not witnesses in the pending matter and who have initiated contact with defendant; and it is further

**ORDERED** that all other conditions of release heretofore imposed shall remain in full force and effect until further Order of this Court.

_____
HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE