UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES of AMERICA : O R D E R
:
v. : Case No. 2:10cr851-11(DMC)

SALVATORE LAGRASSO :

This matter having been opened to the court by defendant Salvatore Lagrasso, Peter W. Till, Esq appearing to modify defendants current release conditions to permit him to work for Zamora Trucking, and Anthony Mahajan, Assistant US Attorney having filed opposition; and

The court having reviewed same; and

For good cause shown;

It is on this 11th day of January 2013 ORDERED that the motion of the defendant is GRANTED insofar as his employment with Zamora Trucking does not involve any port related work.

/S/ DENNIS M. CAVANAUGH
Dennis M. Cavanaugh, U.S.D.J.