UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date:   January 16, 2015

JUDGE:  HON. CLAIRE C. CECCHI

COURT REPORTER: YVONNE DAVION

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 10-CR-851(CCC)-02

Title of Case: U.S.A. v. ALBERT CERNADAS

Appearances:   Anthony Mahajan, AUSA, for the Government
Joseph Hayden, for Defendant CERNADAS
Susan Smalley, U.S. Probation Officer

**Nature of Proceedings:**  Sentence

Conference held.
Sentence:   3 Years of Probation as to Count 1 (remaining Counts dismissed)
Special Assessment: $100.00 on Count 1 (due immediately)
Fine: $50,000 as to Count 1
Defendant advised of right to appeal.
Ordered Bail Continued

Time Commenced:  12:30 p.m.                    Time Adjourned:   2:30 p.m.

*Jacquie Lambiase*
Jacquie Lambiase, Deputy Clerk